# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kelvin Henderson, | Civil No. 06-3971-(RHK/AJB) |
| Plaintiff, | |
| vs. | **ORDER** |
| International Management Services Company (IMSCO, a Missouri corporation, TFE Logistics Group, Inc., a Missouri Corporation, a/k/a TFE Group, Inc., | |
| Defendants. | |

---

Upon the Stipulation of the parties, this matter is hereby **DISMISSED WITH PREJUDICE** without costs to any party.

Dated: January 24, 2007

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge